USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL SERVICE,

                              Plaintiff,            17-CV-04941 (PGG)(SN)

            -against-                                 **ORDER**

JOSEPH NOETH,

                              **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On February 5, 2018, the Court stayed all litigation deadlines pending the state court's resolution of Petitioner's *coram nobis* petition. ECF No. 21. Nearly two years have passed, and the Court has still not received confirmation as to whether Petitioner has actually filed a *coram nobis* petition, in part because Petitioner has made more than one request to the Court of Appeals for extensions of time to file and to appeal the Court of Appeals' denial of the petition.

Accordingly, each party is directed to file a separate letter by Friday, January 24, 2020, updating the Court on the status of Petitioner's state court litigation to the best of the party's knowledge, including by stating whether the Court of Appeals has responded to Petitioner's letter requesting an extension of time to appeal, dated September 23, 2019. See ECF No. 26.

**SO ORDERED.**

                                                                            _____
                                                                            SARAH NETBURN
DATED:    January 6, 2020                          United States Magistrate Judge
                New York, New York

cc:         Michael Service (*By Chambers*)
            No. 11-A-0310
            Five Points Correctional Facility
            6600 State Route 96
            Romulus, NY 14541