```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL SERVICE,

                         Petitioner,                      17-CV-04941 (LJL)(SN)

     -against-                                      **ORDER**

JOSEPH NOETH,

                         Respondent.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In accordance with the Court's June 9, 2020 Order, Respondent and Petitioner updated the Court on the status of Petitioner's state court litigation by letters dated June 16, 2020, and June 23, 2020, respectively. See ECF Nos. 32, 34. The New York State Court of Appeals has denied Petitioner's request for leave to appeal the denial of his *coram nobis* petition. The Court therefore lifts the stay in this matter and directs Petitioner to submit his Reply in support of the Petition by no later than Monday, September 21, 2020. As part of that Reply, Petitioner may move to amend his Petition to include the claims raised in his *coram nobis* petition and should detail any corresponding merits arguments accordingly. Respondent may file a response to Plaintiff's Reply by Monday, October 12, 2020. The Court will then consider the matter fully briefed and ready for resolution.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Petitioner.

**SO ORDERED.**

                                                                            _____
                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:      July 23, 2020
                New York, New York