UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL K. SERVICE,

                        Petitioner,                       17-CV-04941 (LJL)(SN)

    -against-                                        **ORDER**

JOSEPH NOETH,

                        Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

      On September 19, 2022, Respondent mailed the Court a USB flash drive containing PDFs of Exhibits X, Y, and Z. By October 6, 2023, Respondent shall either file those Exhibits on ECF, or, alternatively, show cause as to why such filing is not possible.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    October 2, 2023
                New York, New York